IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02139-REB-MJW

ANNIE BUTLER,

Plaintiff(s),

v.

FOUNTAIN-FORT CARSON SCHOOL DISTRICT 8,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Vacate and Reset Scheduling Conference and Associated Deadlines (Docket No. 4) is granted to the extent that the Rule 16 Scheduling/Planning Conference set for November 16, 2011, at 10:00 a.m. is vacated. It is, however, further

ORDERED that a Status Conference will instead be held on November 16, 2011, at 10:00 a.m. in Courtroom A502 at which plaintiff's counsel shall appear and show cause why the case should not be dismissed based upon his failure to serve the defendant.

Date: November 10, 2011